1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
8                             AT SEATTLE

9  _____
                                          )
10 MELISSA EDMUNDSON,                      )
                                          )          Case No. C09-0131RSL
11                          Plaintiff,     )
                   v.                      )
                                          )          ORDER
12 VALLEY FREIGHTLINER, INC., *et al.*,    )
                                          )
13                          Defendants.    )
   _____)

14

15          This matter comes before the Court *sua sponte*.  On July 10, 2009, the Court

16 ordered defendants to deliver a courtesy copy of documents filed on June 30, 2009.  Defendants

17 have provided the necessary documents.  The Order to Show Cause (Dkt. # 17) is hereby

18 VACATED.

19

20          Dated this 17th day of July, 2009.

21                              *MMS Lasnik*

22                              Robert S. Lasnik
                                United States District Judge
23

24

25

26

ORDER